IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE ROWLAND,<br><br>            Plaintiff,<br><br>    vs.<br><br>ANTIQUITY OUTDOOR SUPPLY, LLC,<br><br>            Defendant. | **8:23CV446**<br><br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Joint Stipulation of Dismissal (Filing No. 14).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed in its entirety, with prejudice.

Dated this 1st day of March, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge